# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, TRUSTEE | : No. 685 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| ELIOTTE B. BROWN, GENNARO RAUSO | : |
| | : |
| | : |
| PETITION OF: GENNARO RAUSO | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.